428

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65463.**—Sears, Roebuck and Co. *v.* United States, protest 60/13910 (Seattle).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65464.**—Edward R. B. Haldan and H. B. Thomas & Co. et al. *v.* United States, protests 59/10056, etc. (San Francisco).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise consists of golf caddy carts similar in all material respects to those the subject of Abstract 64052, the claim of the plaintiffs was sustained.

**No. 65465.**—Kaiser Reismann Corp. *v.* United States, protests 60/11117 and 60/11221 (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 65466.**—B. A. McKenzie & Co., Inc. *v.* United States, protests 315345–K, etc. (Seattle).